JOHN L. BURRIS, Esq./ State Bar # 69888
LAW OFFICES OF JOHN L. BURRIS
7677 Oakport Street, Suite 1120
Oakland, CA 94621
Telephone: (510) 839-5200
Facsimile: (510) 839-3882

GAYLA B. LIBET, Esq./ State Bar # 109173
LAW OFFICES OF GAYLA B. LIBET
486 41st Street, # 3
Oakland, CA 94609
Telephone and Facsimile: (510) 420-0324

Attorneys for Plaintiff



UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

CARL BERRY,

        Plaintiff,

vs.

CITY OF FAIRFIELD, a municipal corporation;
KENTON RAINEY, in his capacity as Chief of
Police for CITY OF FAIRFIELD; STEVE
TROJANOWSKI, individually, and in his
capacity as a police officer for CITY OF FAIRFIELD;
ALEX VALDEZ, individually, and in his capacity as
a police officer for CITY OF FAIRFIELD; and,
DOES 1-25, inclusive,

        Defendants.

Action No. C08-02965

**CERTIFICATION OF INTERESTED ENTITIES OR PERSONS**

Pursuant to Civil Local Rule 3-16, the undersigned certifies that as of this date, other than the named parties, there is no such interest to report.

LAW OFFICES OF GAYLA B. LIBET

Dated: 6-13-08     By: *Gayla B. Libet*
                                      GAYLA B. LIBET, Esq.
                                      Attorneys for Plaintiff