# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA



CARL BERRY,

                Plaintiff,

**SUMMONS IN A CIVIL CASE**

      V.

CASE NUMBER:

CITY OF FAIRFIELD, a municipal corporation; KENTON RAINEY, in his capacity as Chief of Police for CITY OF FAIRFIELD; STEVE TROJANOWSKI, individually, and in his capacity as a police officer for CITY OF FAIRFIELD; ALEX VALDEZ, individually, and in his capacity as a police officer for CITY OF FAIRFIELD; and, DOES 1-25, inclusive,    Defendants.

C08-02965 MMC

TO:

CITY OF FAIRFIELD, a municipal corporation; KENTON RAINEY, in his capacity as Chief of Police for CITY OF FAIRFIELD; STEVE TROJANOWSKI, individually, and in his capacity as a police officer for CITY OF FAIRFIELD; ALEX VALDEZ, individually, and in his capacity as a police officer for CITY OF FAIRFIELD; and, DOES 1-25, inclusive,

                Defendants

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY

| | |
|---|---|
| JOHN L. BURRIS, Esq./SB# 69888 | GAYLA B. LIBET, Esq./SB# 109173 |
| LAW OFFICES OF JOHN L. BURRIS | LAW OFFICES OF GAYLA B. LIBET |
| 7677 Oakport Street, Suite 1120 | 486 41st Street, Suite 3 |
| Oakland, CA 94621 | Oakland, CA 94609 |
| (510) 839-5200 | (510) 420-0324 |

**an answer** to the complaint which is herewith served upon you, within twenty (20) days after service of this summons upon you, **exclusive of** the day of service. If you fail to do so, judgement by default will be taken against you for the relief demanded in the **complaint.** You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

**RICHARD W. WIEKING**                JUN 1 6 2008

CLERK                                                        DATE

        **CYNTHIA LENAHAN**

(BY) DEPUTY CLERK

NDCAO440

AO 440 (Rev. 10/93) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and Complaint was made by me [1] | DATE |
| Name of SERVER (PRINT) | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served Personally upon the Defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
   Name of person with whom the summons and complaint were left

☐ Returned unexecuted:

☐ Other (specify):

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____    _____
              Date                        *Signature of Server*

                                          _____
                                          *Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.