1  JOHN L. BURRIS, ESQ. SBN #69888
   LAW OFFICES OF JOHN L. BURRIS
2  Airport Corporate Centre
3  7677 Oakport St., Suite 1120
   Oakland, CA 94621
4  (510) 839-5200
   (510) 839-3882 fax
5
6  GAYLA B. LIBET, ESQ. SBN 109173
   LAW OFFICE OF GAYLA B. LIBET
7  486 – 41st Street, #3
   Oakland, CA 94609
8
9  Attorneys for Plaintiff
10
11              UNITED STATES DISTRICT COURT
12
                NORTHERN DISTRICT OF CALIFORNIA
13
14 CARL BERRY,                    )  Case No.: C08-02965 MMC
                                  )
15         Plaintiff,             )  SUMMONS RETURNED EXECUTED
   v.                             )  SERVED: KENTON RAINEY, Chief
16                                )  of Police for the City of Fairfield
   CITY OF FAIRFIELD, et al.,     )
17                                )
                                  )
18         Defendants.            )  PROOF OF SERVICE
                                  )
19 _____ )
20
21
22
23
24
25
26
27
28

AO 440 (Rev 03/08) Civil Summons (Page 2)    *Kenton Rainey, Chief of Police*

## Proof of Service

I declare under penalty of perjury that I served the summons and complaint in this case on **June 27, 2008**, by:

(1) personally delivering a copy of each to the individual at this place. _____ ; or

(2) leaving a copy of each at the individual's dwelling or usual place of abode with _____ who resides there and is of suitable age and discretion; or

(3) delivering a copy of each to an agent authorized by appointment or by law to receive it whose name is **Gabriele Cohen, Assistant to the Chief** ; or

(4) returning the summons unexecuted to the court clerk on _____ .

My fees are $ _____ for travel and $ **60** for services, for a total of $ **60**.

Date: **June 27, 2008**

*Joyce Bratton*
Server's signature

**Joyce Bratton Process Server #1026**
Printed name and title

**842 46th Street Oakland CA 94608**
Server's address