```
1  JOHN L. BURRIS, ESQ. SBN #69888
   LAW OFFICES OF JOHN L. BURRIS
2  Airport Corporate Centre
3  7677 Oakport St., Suite 1120
   Oakland, CA 94621
4  (510) 839-5200
   (510) 839-3882 fax
5

6  GAYLA B. LIBET, ESQ. SBN 109173
   LAW OFFICE OF GAYLA B. LIBET
7  486 – 41st Street, #3
   Oakland, CA 94609
8

9  Attorneys for Plaintiff
```

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| CARL BERRY, | ) | Case No.: C08-02965 MMC |
|---|---|---|
| Plaintiff, | ) | SUMMONS RETURNED EXECUTED |
| v. | ) | SERVED: CITY OF FAIRFIELD |
| CITY OF FAIRFIELD, et al., | ) | |
| Defendants. | ) | PROOF OF SERVICE |

AO 440 (Rev. 03/08) Civil Summons (Page 2)

## Proof of Service

I declare under penalty of perjury that I served the summons and complaint in this case on June 27, 2008, by:

(1) personally delivering a copy of each to the individual at this place, City of Fairfield ; or

(2) leaving a copy of each at the individual's dwelling or usual place of abode with _____ who resides there and is of suitable age and discretion; or

(3) delivering a copy of each to an agent authorized by appointment or by law to receive it whose name is _____ ; or

(4) returning the summons unexecuted to the court clerk on _____ .

My fees are $ 4 bridge toll for travel and $ 60 for services, for a total of $ 64 .

Date: June 27, 2008

Joyce Bratton
Server's signature

Joyce Bratton, Process Server #1026
Printed name and title

842 46th St. Oakland, CA 94608
Server's address