1 | JOHN L. BURRIS, ESQ. SBN #69888
2 | LAW OFFICES OF JOHN L. BURRIS
　 | Airport Corporate Centre
3 | 7677 Oakport St., Suite 1120
　 | Oakland, CA  94621
4 | (510) 839-5200
5 | (510) 839-3882 *fax*

6 | GAYLA B. LIBET, ESQ. SBN 109173
　 | LAW OFFICE OF GAYLA B. LIBET
7 | 486 – 41st Street, #3
　 | Oakland, CA  94609
8 |

9 | Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| CARL BERRY, | ) | Case No.: C08-02965 MMC |
|---|---|---|
| Plaintiff, | ) | SUMMONS RETURNED EXECUTED |
| v. | ) | SERVED: S. TROJANOWSKI, |
| | ) | Police Officer for the City of Fairfield |
| CITY OF FAIRFIELD, et al., | ) | |
| | ) | |
| Defendants. | ) | PROOF OF SERVICE |
| | ) | |

AO 440 (Rev. 03/08) Civil Summons (Page 2)   S. Trojanowski, Police Officer

**Proof of Service**

I declare under penalty of perjury that I served the summons and complaint in this case on June 27, 2008, by:

(1) personally delivering a copy of each to the individual at this place, City of Fairfield ; or

(2) leaving a copy of each at the individual's dwelling or usual place of abode with _____ who resides there and is of suitable age and discretion; or

(3) delivering a copy of each to an agent authorized by appointment or by law to receive it whose name is _____ ; or

(4) returning the summons unexecuted to the court clerk on _____.

My fees are $ 4 bridge toll for travel and $ 60 for services, for a total of $ 64.

Date: June 27, 2008

Joyce Bratton
Server's signature

Joyce Bratton, Process Server #1026
Printed name and title

842 46th St. Oakland, CA 94608
Server's address