JOHN L. BURRIS, Esq./ State Bar # 69888
LAW OFFICES OF JOHN L. BURRIS
7677 Oakport Street, Suite 1120
Oakland, CA 94621
Telephone: (510) 839-5200
Facsimile: (510) 839-3882
E-Mail: john.burris@johnburrislaw.com

GAYLA B. LIBET, Esq./ State Bar # 109173
LAW OFFICES OF GAYLA B. LIBET
486 41st Street, # 3
Oakland, CA 94609
Telephone and Facsimile: (510) 420-0324
E-Mail: Glibet@sbcglobal.net

Attorneys for Plaintiff

KIMBERLY E. COLWELL, Esq./ State Bar # 127604
Meyers, Nave, Riback, Silver & Wilson
555 12th Street, Suite 1500
Oakland, CA 94607
Telephone: (510) 808-2000
Facsimile: (510) 444-1108
E-Mail: Kcolwell@meyersnave.com

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARL BERRY,<br><br>    Plaintiff,<br><br>vs.<br><br>CITY OF FAIRFIELD, a municipal corporation; KENTON RAINEY, in his capacity as Chief of Police for CITY OF FAIRFIELD; STEVE TROJANOWSKI, individually, and in his capacity as a police officer for CITY OF FAIRFIELD; ALEX VALDEZ, individually, and in his capacity as a police officer for CITY OF FAIRFIELD; and,<br>DOES 1-25, inclusive,<br><br>    Defendants. | Action No. C-08-02965-MMC<br><br>**STIPULATION AND PROPOSED ORDER FOR CHANGE OF VENUE TO EASTERN DISTRICT OF CALIFORNIA** |

| | |
|---|---|
| 1 | |
| 2 | All parties to this action stipulate and agree, by and through their respective counsel, as follows: |
| 3 | |
| 4 | 1. The events which are the basis for plaintiff's lawsuit occurred in the city of Fairfield, California; |
| 5 | |
| 6 | 2. Accordingly, all parties agree to transfer this case to the Eastern District of California, which is the proper venue for ltitgation of this matter; and, |
| 7 | |
| 8 | 3. Defendants do not have to file an Answer or other responsive pleading, until thirty (30) days after this case is transferred to the Eastern District of California. |
| 9 | |
| 10 | Respectfully submitted, |
| 11 | LAW OFFICES OF GAYLA B. LIBET |
| 12 | |
| 13 | Dated: 07/28/08                        By: /s/ Gayla B. Libet |
| 14 | GAYLA B. LIBET, Esq. |
| 15 | Attorneys for Plaintiff |
| 16 | |
| 17 | LAW OFFICES OF JOHN L. BURRIS |
| 18 | Dated: 07/28/08                        By: /s/ John L. Burris |
| 19 | JOHN L. BURRIS, Esq. |
| 20 | Attorneys for Plaintiff |
| 21 | |
| 22 | MEYERS, NAVE, RIBACK, SILVER & WILSON |
| 23 | |
| 24 | Dated: 07/28/08                        By: /s/ Kimberly E. Colwell |
| 25 | KIMBERLY E. COLWELL, Esq. |
| 26 | Attorneys for Defendants |
| 27 | |
| 28 | |

1

**ORDER**

2   PURSUANT TO STIPULATION, IT IS SO ORDERED.

3

4

5

6

7

8  Dated:_____          _____
                                          HONORABLE MAXINE M. CHESNEY
9                                         United States District Court Judge

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2. Accordingly, all parties agree to transfer this case to the Eastern District of California, which is the proper venue for ltitgation of this matter; and,

3. Defendants do not have to file an Answer or other responsive pleading, until thirty (30) days after this case is transferred to the Eastern District of California.

Respectfully submitted,

LAW OFFICES OF GAYLA B. LIBET

Dated: 7-28-08    By: _____
GAYLA B. LIBET, Esq.
Attorneys for Plaintiff

LAW OFFICES OF JOHN L. BURRIS

Dated: 7-28-08    By: _____
JOHN L. BURRIS, Esq.
Attorneys for Plaintiff

MEYERS, NAVE, RIBACK, SILVER & WILSON

Dated: _____    By: _____
KIMBERLY E. COLWELL, Esq.
Attorneys for Defendants

**ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: _____    _____
HONORABLE MAXINE M. CHESNEY
United States District Court Judge

STIPULATION AND PROPOSED ORDER FOR CHANGE OF VENUE TO EASTERN DISTRICT OF CALIFORNIA    2

2. Accordingly, all parties agree to transfer this case to the Eastern District of California, which is the proper venue for ltitgation of this matter; and,

3. Defendants do not have to file an Answer or other responsive pleading, until thirty (30) days after this case is transferred to the Eastern District of California.

Respectfully submitted,

LAW OFFICES OF GAYLA B. LIBET

Dated:_____ By:_____
GAYLA B. LIBET, Esq.
Attorneys for Plaintiff

LAW OFFICES OF JOHN L. BURRIS

Dated:_____ By:_____
JOHN L. BURRIS, Esq.
Attorneys for Plaintiff

MEYERS, NAVE, RIBACK, SILVER & WILSON

Dated: 7/28/08 By:_____
KIMBERLY E. COLWELL, Esq.
Attorneys for Defendants

ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated:_____                    _____
HONORABLE MAXINE M. CHESNEY
United States District Court Judge

STIPULATION AND PROPOSED ORDER FOR CHANGE OF VENUE TO EASTERN DISTRICT OF CALIFORNIA                    2