| | |
|---|---|
| 1 | JOHN L. BURRIS, Esq./ State Bar # 69888 |
|   | LAW OFFICES OF JOHN L. BURRIS |
| 2 | 7677 Oakport Street, Suite 1120 |
|   | Oakland, CA 94621 |
| 3 | Telephone: (510) 839-5200 |
|   | Facsimile: (510) 839-3882 |
| 4 | E-Mail: john.burris@johnburrislaw.com |
| 5 | GAYLA B. LIBET, Esq./ State Bar # 109173 |
|   | LAW OFFICES OF GAYLA B. LIBET |
| 6 | 486 41st Street, # 3 |
|   | Oakland, CA 94609 |
| 7 | Telephone and Facsimile: (510) 420-0324 |
|   | E-Mail: Glibet@sbcglobal.net |
| 8 | |
| 9 | Attorneys for Plaintiff |
| 10 | KIMBERLY E. COLWELL, Esq./ State Bar # 127604 |
|   | Meyers, Nave, Riback, Silver & Wilson |
| 11 | 555 12th Street, Suite 1500 |
|   | Oakland, CA 94607 |
| 12 | Telephone: (510) 808-2000 |
|   | Facsimile: (510) 444-1108 |
| 13 | E-Mail: Kcolwell@meyersnave.com |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARL BERRY, | Action No. C-08-02965-MMC |
| Plaintiff, | STIPULATION AND ~~PROPOSED~~ ORDER FOR CHANGE OF VENUE TO EASTERN DISTRICT OF CALIFORNIA |
| vs. | |
| CITY OF FAIRFIELD, a municipal corporation; KENTON RAINEY, in his capacity as Chief of Police for CITY OF FAIRFIELD; STEVE TROJANOWSKI, individually, and in his capacity as a police officer for CITY OF FAIRFIELD; ALEX VALDEZ, individually, and in his capacity as a police officer for CITY OF FAIRFIELD; and, DOES 1-25, inclusive, | |
| Defendants. | |

1  All parties to this action stipulate and agree, by and through their respective counsel,
2  as follows:
3
4  1. The events which are the basis for plaintiff's lawsuit occurred in the city of Fairfield,
5  California;
6  2. Accordingly, all parties agree to transfer this case to the Eastern District of California,
7  which is the proper venue for ltitgation of this matter; and,
8  3. Defendants do not have to file an Answer or other responsive pleading, until thirty (30)
9  days after this case is transferred to the Eastern District of California.

Respectfully submitted,

LAW OFFICES OF GAYLA B. LIBET

Dated: 07/28/08                By: /s/ Gayla B. Libet
                                   GAYLA B. LIBET, Esq.
                                   Attorneys for Plaintiff


LAW OFFICES OF JOHN L. BURRIS

Dated: 07/28/08                By: /s/ John L. Burris
                                   JOHN L. BURRIS, Esq.
                                   Attorneys for Plaintiff


MEYERS, NAVE, RIBACK, SILVER & WILSON

Dated: 07/28/08                By: /s/ Kimberly E. Colwell
                                   KIMBERLY E. COLWELL, Esq.
                                   Attorneys for Defendants

# ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: July 31, 2008

_____
HONORABLE MAXINE M. CHESNEY
United States District Court Judge